UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MARCO GONZALEZ**, *individually and on behalf of others similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>**FAST CASUAL PARTNERS, LLC d/b/a MOE`S SOUTHWEST GRILL** and **LEE DIPRIZITO**,<br><br>*Defendants.* | No. 2:18-cv-13840-CLW<br><br>Civil Action<br><br>The Honorable Cathy L. Waldor, U.S.M.J.<br><br>**ORDER** |

**ORDER GRANTING JUDICIAL APPROVAL OF FLSA SETTLEMENT**

**THIS MATTER**, having come before this Honorable Court upon the **JOINT MOTION** of Plaintiff and Defendants, seeking judicial approval of the settlement in the above-captioned action; and the Court having received and reviewed the joint moving papers of Plaintiff and Defendants; and the Court having received and reviewed the executed settlement agreement; and for good cause having been shown;

**ON THIS** 13th day of October, 2020,

**IT IS HEREBY ORDERED AS FOLLOWS**: that this Court hereby finds that this case presents a *bona fide* factual and legal dispute over which this Court has jurisdiction; and that this Court finds further that the amount to be received by the Plaintiffs under the terms of the settlement agreement, as well as the payment of attorneys' fees and costs to Plaintiffs' counsel under the settlement agreement, represent a fair and reasonable resolution of the parties' *bona fide* dispute; and

**IT IS FURTHER ORDERED** that the joint motion for judicial approval of the settlement in the above-captioned action, is hereby **GRANTED** in its entirety; and

1

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE.**

**SO ORDERED**, on this 13th day of October, 2020,

                                        **BY THE COURT:**

                                        */s/ Cathy L. Waldor*
                                        The Honorable Cathy L. Waldor, U.S.M.J.

TO:

| | |
|---|---|
| Jason T. Brown, Esq. | Zev Singer, Esq. |
| Ching-Yuan "Tony" Teng, Esq. | Kevin M. Doherty, Esq. |
| BROWN, LLC | GREENWALD DOHERTY LLP |
| 111 Town Square Place, Suite 400 | 30 Ramland Road, Suite 201 |
| Jersey City, NJ 07310 | Orangeburg, New York 10962 |
| Office Phone: (877) 561-0000 | Phone: (845) 589-9300 |
| Fax: (855) JTB-LAWS | Fax: (845) 638-2707 |
| jtb@jtblawgroup.com | kd@greenwaldllp.com |
| tonyteng@jtblawgroup.com | zs@greenwaldllp.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |